AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL CORMIER

**CRIMINAL COMPLAINT**

CASE NUMBER: 05M-1040-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 7, 2005__ in __Suffolk__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate and foreign commerce with intent to avoid prosecution, and custody and confinement after conviction, under the laws of the place from which he fled, for crimes which are felonies under the laws of the place from which he fled, to wit, the Commonwealth of Massachusetts

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following
                                         Official Title
facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

02-17-2005                                            at      Boston, Massachusetts
Date                                                          City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                             Judith Gail Dein
                                                             Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT OF CHRIS W. MCENANEY

I, Chris W. McEnaney, being duly sworn, do depose and say:

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS") of the Department of Justice, and have been so employed for approximately 9 years. I am currently assigned as the Task Force Coordinator for the New England High Intensity Drug Trafficking Areas (HIDTA) Fugitive Task Force. I have been assigned to the New England HIDTA Fugitive Task Force since October of 2003. I have been assigned to the Investigations Unit for the past 3 years. I have attended criminal investigator training at the Federal Law Enforcement Training Center in Glynco, GA. I also attended the U.S. Marshals Service Basic Academy and the U.S. Marshals Service Advanced School. I have received on-going training on different areas of fugitive investigations, and during the course of my career, I have been personally involved in hundreds of fugitive investigations.

2. I submit this Affidavit in support of the issuance of a criminal complaint and arrest warrant for an individual identified as DANIEL CORMIER ("CORMIER") for unlawful flight to avoid prosecution, in violation of Title 18, United States Code, Section 1073.

3. CORMIER is described as a white male. His date of birth is believed to be April 16, 1963. He is believed to use Social Security number 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. He is approximately five

feet, five inches tall and weighs approximately 150 pounds. He has brown hair and brown eyes.

4.   This Affidavit is based upon information about which I have personal knowledge, documentary evidence that I have reviewed, and my conversations with other law enforcement officers and agents. This Affidavit does not contain every detail of this investigation. Rather, it contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested arrest warrant.

5.   On February 7, 2005, CORMIER failed to appear in Suffolk Superior Court in Boston, Massachusetts, where he was standing trial on charges of rape, a felony under M.G.L. c265 §22 [handwritten: Δ was standing trial Δ fled before closings.] ult and battery with intent to rape, a felony §24; assault and battery with a dangerous ider M.G.L. c265 §15A; assault with a dangerous n of M.G.L. c.265 §15B; and assault and battery, a misdemeanor under M.G.L. c265 §13A (eight counts). A default warrant for CORMIER's arrest was issued based on his failure to appear and was entered in the Massachusetts Warrant Management System and NCIC. A copy of this warrant is attached. On February 8, 2005, CORMIER was convicted of rape, assault with intent to rape, and assault and battery (six counts).

6.   The Boston Massachusetts Police Department and the Suffolk County District Attorney's Office have requested the

2

assistance of the U.S. Marshals Service in the location and apprehension of CORMIER.

7. Members of law enforcement have attempted to locate CORMIER. Efforts to locate and arrest CORMIER in Massachusetts have been unsuccessful. Following a diligent investigation by local, state, and federal authorities, I do not believe that CORMIER is residing in Massachusetts at this time.

8. Information gleaned from the investigation reveals that CORMIER has numerous family ties to the Salem, NH and Londonderry, NH area. Investigators have also learned that CORMIER has family and associates in the Washington D.C. area. Interviews of associates also reveal that CORMIER planned to flee the Commonwealth of Massachusetts and possibly the country to avoid prosecution on the charges described above. It is believed that CORMIER fled from the Commonwealth of Massachusetts to avoid prosecution on the charges pending against him in Suffolk Superior Court.

9. The District Attorney of Suffolk County has informed me that the office will rendite CORMIER if he is apprehended in the United States.

10. Based upon all of the foregoing facts, as well as my training and experience, I believe there is probable cause to believe that DANIEL CORMIER has fled from the Commonwealth of Massachusetts and has traveled in interstate or foreign commerce

with intent to avoid prosecution, custody or confinement for crimes that are felonies under the laws of Massachusetts, in violation of Title 18, United States Code, Section 1073.

Signed under the pains and penalties of perjury this 17th day of February, 2005.

_____
Chris W. McEnaney
Deputy U.S. Marshal
United State Marshals Service

Sworn to and subscribed to before me this 17th day of February, 2005.

_____
JUDITH G. DEIN
U.S. Magistrate Judge

4

```
JIS 964657  02/16/05 1510 000.
------------------------CORMIER,DANIEL--------------------- - W6494781----------------
           Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
     Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
     the person named herein as contained in the Warrant Management System and
     linked via the Criminal Justice Information System.
     This warrant is valid as of 15:13 on 02/16/05


Defendant Information:
     Name: CORMIER,DANIEL                              DOB: 02/10/1963
     Address: 146 HANOVER STREET #4D                   Race: W      Sex: M
                                                       Hair: BRO    Eyes: BRO
         City: BOSTON                    MA            Weight: 140 Height: 5'06"
                                                       Complexion: MED   Marks:
Date of Birth: 04/10/1963 Place of Birth: MA Date of Emancipation: 00/00/0000
Father: CORMIER,JOSEPH                     Mother: ABELL,MARION
Known Alias:                                          Ref No: W6494781
                                                      PCF NO: 0003561669


License No: MA417124                                  Misc No:
Social Sec: XXX                 Obtn No:              CC No: 455200


Warrant Information:                                  Docket: SUCR0110072
Issue Date: 02/27/2005   Court of Issue: 84   - SUFFOLK SUPERIOR
     Type: D - DEFAULT                                                107722
Date of Complaint: 09/12/2002
     Offense Date: 07/24/2002 Offense Location: BOSTON


*********************************Charges********************************
Count      Charge Code                       Description
   1   F   265/22/A                     RAPE c265 S22
   1   F   265/22/A                     RAPE c265 S22
   1   F   265/22/A                     RAPE c265 S22
   1   F   265/22/A                     RAPE c265 S22
   1   M   265/13A/B                    A&B c265 S13A
   1   M   265/13A/B                    A&B c265 S13A
   1   F   265/22/A                     RAPE c265 S22
   1   M   265/13A/B                    A&B c265 S13A
   1   M   265/13A/B                    A&B c265 S13A
   1   M   265/13A/B                    A&B c265 S13A
   1   M   265/13A/B                    A&B c265 S13A
   1   F   265/24/A                     ASSAULT TO RAPE c265 S24
   1       265/15A                      A&B WITH DANGEROUS WEAPON  c265 S15A
   1       265/15B                      ASSAULT W/DANGEROUS WEAPON c265 S15B
   1   M   265/13A/B                    A&B c265 S13A


Court Information: NOT TO APPEAR UNLESS ARRESTED
Assigned for Service to: 655 - BOSTON PD - AREA A-1
Court Copy Sent By:       JFK   US MARSHAL - BOSTON
                                                      Fine Amount:
                                                      Bail Amount:
                                                      Non-ballistic
Issue Date/Time: 02/20/2005 06:23  Recall Date/Time: 00/00/0000 00:00


                      * * * Return of Service on Page 2 * * *
```

```
------------------CORMIER,DANIEL------------------ - W6494781---------------------PAGE 2
           Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
the person named herein as contained in the Warrant Management System and
linked to the Criminal Justice Information System.

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The Court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.

Return of Service: By virtue of this warrant, I certify that:

        _____ The defendant has been arrested as ordered by the court.
        _____ I am returning the warrant without service to the court.


Date of Return   Signature of Person      Title of Person      Department
                 Making Service           Making Service       If different
```

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____  **Category No.** II   **Investigating Agency** USMS

**City** Boston   **Related Case Information:**

**County** Massachusetts
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Daniel Cormier   Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** _____

**Birth date (Year only):** 1963   **SSN (last 4 #):** 6499   **Sex** M   **Race:** White   **Nationality:** U.S.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson   **Bar Number if applicable** _____

**Interpreter:**  ☐ Yes  ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**  ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 2/17/05   **Signature of AUSA:** *Robert E. Richardson*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Cormier _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**