AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL CORMIER

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1040-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Daniel Cormier___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawful flight to avoid prosecution

in violation of Title __18__ United States Code, Section(s) __1073__

JUDITH G. DEIN
Name of Issuing Officer

_[signature] Judith Gay Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

02-17-2005   Boston, Massachusetts
Date and Location

[stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 FEB 18 A 8:55]

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY USMS E/Pa BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/18/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.